Slip Op. 05 - 73

J U D G M E N T

UNITED STATES COURT OF INTERNATIONAL TRADE

Thomas J. Aquilino, Jr., Senior Judge

- - - - - - - - - - - - - - - - - - -x

KISWOK INDUSTRIES PVT. LTD. and       :
CALCUTTA FERROUS LTD.,

                                      :

                Plaintiffs,

                                      :   Consolidated
         v.                              Court No. 00-06-00280

                                      :

UNITED STATES,

                                      :

                Defendant.
- - - - - - - - - - - - - - - - - - -x


        The plaintiffs having interposed a motion pursuant to CIT Rule 56.2 for judgment upon the record compiled by the International Trade Administration, U.S. Department of Commerce ("ITA") sub nom. Certain Iron-Metal Castings from India: Final Results of Countervailing Duty Administrative Review, 65 Fed.Reg. 31,515 (May 18, 2000); and the court in slip op. 04-54, 28 CIT ___ (May 20, 2004), having granted that motion to the extent of remand to the ITA to recalculate the benefit the plaintiff Calcutta Ferrous Ltd. realized from its preferential loan(s), taking into account all of the interest paid thereon; and the defendant having filed herein the ITA's Final Results of Redetermination on Remand dated July 9, 2004 and stated to be pursuant to slip op. 04-54; and the court

having reviewed those <u>Final Results</u> and not having received any comments thereon or opposition thereto from the plaintiffs;  Now therefore, after due deliberation, it is

ORDERED, ADJUDGED and DECREED that the ITA's <u>Final Results of Redetermination on Remand</u> (July 9, 2004) be, and they hereby are, affirmed.

Dated:  New York, New York
        June 16, 2005

                            Thomas J. Aquilino, Jr.
                                  Senior Judge